CLOSED, STAYED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00686-MJP
### Internal Use Only

Dineen v. Menu Foods
Assigned to: Hon. Marsha J. Pechman
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 05/03/2007
Date Terminated: 08/22/2007
Jury Demand: None
Nature of Suit: 195 Contract Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Lerae Dineen**
*individually and on behalf of all others similarly situated*

represented by **Michael David Myers**
MYERS & COMPANY
1809 7TH AVE
STE 700
SEATTLE, WA 98101
206-398-1188
Fax: FAX 398-1189
Email: mmyers@myers-company.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 5TH AVE
STE 2900
SEATTLE, WA 98101
206-623-7292
Email: steve@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods**
*a foreign corporation*

represented by **Gary A. Trabolsi**
GARDNER BOND TRABOLSI MCDONALD & CLEMENT
2200 6TH AVE
STE 600
SEATTLE, WA 98121
206-256-6309
Email: gtrabolsi@gardnerbond.com

*ATTORNEY TO BE NOTICED*

**Jeffrey T Kestle**
GARDNER BOND TRABOLSI ST
LOUIS & CLEMENT
2200 6TH AVE
STE 600
SEATTLE, WA 98121
206-256-6309
Email: jkestle@gardnerbond.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2007 | 1 | CLASS ACTION COMPLAINT against defendant Menu Foods (Summons NOT issued)(Receipt # SEA 9094), filed by Lerae Dineen. (Attachments: # 1 Civil Cover Sheet)(MKB) (Entered: 05/07/2007) |
| 05/07/2007 | 2 | NOTICE OF INITIAL ASSIGNMENT TO A US MAGISTRATE JUDGE AND CONSENT FORM. If consent, return the executed form by 6/18/2007. **Please Note: Consents must not be electronically filed with the Court.** (MKB) (Entered: 05/07/2007) |
| 05/07/2007 | 3 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT.Joint Status Report due by 6/18/2007,FRCP 26f Conference Deadline is 6/4/2007.,Initial Disclosure Deadline is 6/11/2007. by Judge James P. Donohue. (PV, ) (Entered: 05/07/2007) |
| 05/15/2007 | 4 | STIPULATION AND PROPOSED ORDER *Staying All Proceedings and for Preservation of Evidence* by parties. (Attachments: # 1 Certificate of Service)(Kestle, Jeffrey) (Entered: 05/15/2007) |
| 05/16/2007 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge Marsha J. Pechman for all further proceedings. Judge James P. Donohue no longer assigned to case by Bruce Rifkin, Clerk of Court. (PV, ) (Entered: 05/16/2007) |
| 05/17/2007 | 6 | ORDER STAYING CASE/PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE by Judge Marsha J. Pechman. (MD, ) (Entered: 05/18/2007) |
| 07/06/2007 | 7 | NOTICE *of Multidistrict Consolidation Pursuant to 28 U.S.C. Section 1407 and Request to Maintain Stay* ; filed by Defendant Menu Foods. (Attachments: # 1 # 2)(Kestle, Jeffrey) (Entered: 07/06/2007) |
| 08/22/2007 | 8 | MDL 1850 CONDITIONAL TRANSFER ORDER (CTO 1); in re Pet Foods; District of New Jersey; assigned to Judge Noel Hillman. (RS, ) (Entered: 08/22/2007) |

I hereby certify that the attached is a true and correct copy of the docket on file at the Western District of Washington

BRUCE RIFKIN, Clerk

By   S/Rhonda Stiles
       Deputy Clerk